**01–1528. Dzina v. Dzina.**
Cuyahoga App. No. 79969. This cause is pending before the court as a discretionary appeal and a claimed appeal of right. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

*Wednesday, November 21, 2001*

## MERIT DOCKET

**01–91. Shell Energy Serv. Co., L.L.C. v. Pub. Util. Comm.**
Public Utilities Commission, Nos. 99–1729–EL–ETP and 99–1730–EL–ETP. On motion to dismiss and memorandum in support. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**01–1709. Kemper v. Michigan Millers Mut. Ins. Co.**
Certified State Law Question, No. 300CV07799. On review of preliminary memoranda. The certified questions are as follows:

"1. Are the requirements of *Linko v. Indemnity Ins. Co.*, 90 Ohio St.3d 565 (2000), relative to an offer of UM/UIM coverage, applicable to a policy of insurance written after enactment of HB 261 and before SB 97?

"2. If the *Linko* requirements are applicable, does, under HB 261, a signed rejection act as an effective declination of UM/UIM coverage, where there is no other evidence, oral or documentary, of an offer of coverage?"

The court declines to answer the certified questions, and this cause is dismissed.

MOYER, C.J., RESNICK, COOK and LUNDBERG STRATTON, JJ., concur.

DOUGLAS, F.E. SWEENEY and PFEIFER, JJ., dissent.

**01–1722. State ex rel. Wright v. Three Judges.**
In Mandamus and Procedendo. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, COOK and LUNDBERG STRATTON, JJ., concur.

PFEIFER, J., dissents.

**01–1798. Christy v. Bannon.**
In Prohibition. On complaint in prohibition of Richard E. Christy. On S.Ct.Prac.R. X(5) determination, cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, COOK and LUNDBERG STRATTON, JJ., concur.

PFEIFER, J., dissents.

**01–1799. State ex rel. Stevens v. Summit Cty. Court of Appeals.**
In Prohibition. On motion to dismiss of Summit County Court of Appeals and former judges of court Dickinson, Baird, and Cook.

Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY and LUNDBERG STRATTON, JJ., concur.

PFEIFER, J., dissents.

COOK, J., not participating.

**01–1820. Francis v. Mack.**
In Habeas Corpus. On petition for writ of habeas corpus of Jody Francis. *Sua sponte,* cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.